# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MURAD ABDEL JABBER FAKHOURI
7027 Folger Drive
Charlotte, NC 28270
(704) 342-9645
                              Plaintiff

VS.                                              CIVIL ACTION NO.

MICHAEL CHERTOFF, as Secretary of the
Department of Homeland Security, U.S.
Department of Homeland Security, 2100 2nd St SW
Washington, D.C. 20593; EMILIO T.
GONZALES, as Director of United States
Citizenship and Immigration Services;
20 Massachusetts Avenue, NW
Washington, D.C. 20529;
EVELYN UPCHURCH, as Director of the
Texas Service Center of United States
Citizenship and Immigration Services,
USCIS TSC, 4141 St. Augustine Rd.
Dallas, TX 75227; ROBERT S. MUELLER, III,
as Director of the Federal Bureau of
Investigation, J. Edgar Hoover Building, 935
Pennsylvania Avenue, NW Washington, D.C.
20535-0001.
                              Defendants


## COMPLAINT FOR ACTION IN THE NATURE OF MANDAMUS AND DECLARATORY JUDGMENT


NOW comes the Plaintiff, Murad Abdel Jabber Fakhouri, in the above-captioned matter,

and hereby states the following:


1.  This action is brought against Defendants to compel action on the delayed

    processing and adjudication of an N-400 Application for Naturalization filed by

    the Plaintiff. The application was filed and remains within the jurisdiction of the

Defendants, who have adversely affected the Plaintiff through their unreasonable delay in the processing of his application.

PARTIES

2. Plaintiff, Murad Abdel Jabber Fakhouri (A# 073-723-547), resides at 7027 Folger Drive, Charlotte, NC 28270. He is the beneficiary of an N-400 Application for Naturalization, filed with the United States Citizenship and Immigration Services.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is being brought against him in his official capacity. He is generally charged with the administration and enforcement of the Immigration and Nationality Act, and is authorized to delegate such powers and authority to subordinate employees of the DHS. 8 USC §1103(a). The Secretary of the Department of Homeland Security is, moreover, responsible for the adjudication of naturalization applications filed pursuant to the Immigration and Nationality Act. The United States Citizenship and Immigration Services is an agency within DHS to which part of the Secretary of the Department of Homeland Security's authority has been delegated, and it is subject to the supervision of the Secretary of the Department of Homeland Security.

4. Defendant Emilio T. Gonzalez is the Director of United States Citizenship and Immigration Services (USCIS), and an official generally charged with supervisory authority over the operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 100.2(a) and 8 CFR §103.1(g)(2)(ii)(B).

5.  Defendant Evelyn Upchurch is the Director of the Texas Service Center of United States Citizenship and Immigration Services (USCIS), and an official generally charged with authority over operations of the USCIS within her District with certain specific exceptions not relevant here. 8 CFR § 100.2(d) and 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Plaintiff's Application for Naturalization was properly filed with the Texas Service Center of the USCIS. This application remains pending after significant delay, despite the fact that the USCIS has the ability to request expedition of name checks from the Federal Bureau of Investigation (FBI). (Attachment 1, copy of FBI document)

6.  Defendant Robert S. Mueller, III is the Director of the Federal Bureau of Investigation (FBI). The FBI is responsible for conducting security clearance investigations with regard to applications for adjustment of status.   As such, he has decision-making authority over the matters alleged in this Complaint. The FBI, moreover, has the authority to expedite the name check required to process Plaintiff's application. (Attachment 1, copy of FBI document)

JURISDICTION

7.  Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, 5 USC §§ 702 and 706, and 28 USC §2201 *et seq*. Relief is requested pursuant to these statutes.

VENUE

8.  Venue is proper in this court pursuant to 28 USC 1391(e), in that this is a civil
    action being brought against officers and agencies of the United States in their
    official capacities, brought in the District in which a Defendant is located and
    performs his official duties.

EXHAUSTION OF REMEDIES

9.  During the past 25 months, Plaintiff has exhausted his administrative remedies.
    The Plaintiff has complied with all applicable requirements, having provided all
    information requested by the United States Citizenship and Immigration Services
    (USCIS) and the Federal Bureau of Investigation (FBI), and having abided by all
    appointment notices and requirements as requested by the USCIS and FBI.

CAUSE OF ACTION

10. Plaintiff is a lawful permanent resident of the United States. The Plaintiff was
    granted United States permanent resident status on February 11, 2002 under File
    Number A# 073-723-547 as a Category AS6 (Asylum/Refugee) applicant.
    (Attachment 2, copy of Plaintiff's Permanent Resident Card)This status change
    was only obtained following a processing delay of over 47 months from February
    27, 1998, the date on which his I-485 application was filed.

11. The Plaintiff properly filed an N-400 Application for Naturalization (Application
    # SSC*000935530) with the Texas Service Center of the United States
    Citizenship and Immigration Services (USCIS) on or about November 14, 2005.

Fingerprints were submitted at the Charlotte Field Office of the USCIS on December 29, 2005.

12. On February 28, 2006, the Plaintiff was given notice that an interview on his Application for Naturalization was scheduled to be held at the Charlotte Field Office of the United States Citizenship and Immigration Services (USCIS) on April 10, 2006. On March 31, 2006, Plaintiff was given notice that this interview was to be cancelled "due to unforeseen circumstances." The Plaintiff was present at the Charlotte Field Office of the USCIS on April 10, 2006, but was not assisted, and the interview has not been rescheduled.

13. The Plaintiff contacted the United States Citizenship and Immigration Service (USCIS) regarding his N-400 application through the office of Sue Myrick, Member of Congress for the 9th District, on July 25, 2006. On August 23, 2006, he received a response from the Charlotte Field Office of USCIS informing him that his background check was still pending. The Plaintiff subsequently contacted the USCIS personally on November 7, 2006 by way of an InfoPass interview, through the office of Sue Myrick on March 13, 2007, and by way of attorney Cynthia Aziz, on June 16 2007, and received the same response on each occasion. Plaintiff also pursued his inquiry by hiring private investigator Roger Schweickert of Countervail Associates on July 8, 2007, but Mr. Schweickert was unsuccessful in his attempts to assist the Plaintiff.  On November 30, 2007, Plaintiff called USCIS National Customer Service Center (NCSC) and spoke with Agent # G648936.   Plaintiff was once again told that his case was still pending, and the Agent indicated that the delay on Plaintiff's case was well outside the normal

processing timeline.   Plaintiff then informed the agent that he intended to file a

complaint in District Court if no action was taken to resolve his case within the

next few weeks.

14. Plaintiff has been lawfully present in the United States for over 16 years since

September 1991. He has always complied with immigration and civil laws, has

never been convicted of a crime, and has never presented a security risk to the

United States.

15. The Defendants have failed to properly adjudicate the Plaintiff's N-400

Application for Naturalization. The Immigration and Nationality Act, and

regulations for the implementation thereof, impose a non-discretionary duty on

the Defendants to adjudicate properly filed applications for adjustment of status,

including Applications for Naturalization. It has been over 25 months since the

Plaintiff submitted a properly executed N-400 application, and the

unreasonableness of this delay is even more apparent when considered in

conjunction with the period of over 47 months during which Plaintiff's I-485

application was delayed. The United States Citizenship and Immigration Services

has acknowledged that the normal processing time for an N-400 Application for

Naturalization filed before June 1, 2007 (as was the case with Plaintiff's

application) is only 7 months. (Attachment 3, Table of Processing Dates for

Atlanta, GA, and Attachment 4, Table of Processing Dates for Chula Vista, CA)

16. Defendants' delay in processing and refusal to adjudicate Plaintiff's N-400

application is unreasonable, arbitrary and not in accordance with the law. The

Defendants are unlawfully withholding action on Plaintiff's application in

violation of the Administrative Procedure Act (5 USC §701 *et seq.*) , and have
failed to carry out the adjudicative functions delegated to them by law with regard
to the Plaintiff's case. The Defendants, moreover, have sufficient information to
determine Plaintiff's eligibility for naturalization pursuant to the applicable
requirements and to complete the processing of his application.

### INJURY TO PLAINTIFF

17. The Plaintiff has been adversely affected and substantially damaged by the
    Defendants' refusal to act in accordance with their duties under the law.

    a) The Plaintiff's inability to obtain naturalized citizenship has deprived, and
       continues to deprive, him of the wide range of critically important rights
       granted upon receiving United States citizenship.

    b) Because Plaintiff received Permanent Resident status as a Category AS6
       (Asylum/Refugee) applicant, his inability to obtain naturalized citizenship
       prevents him from to traveling to see his mother, Adliah Alsouqi. This
       substantially implicates health and welfare, in that Plaintiff's mother suffers
       from a number of critical medical conditions. Plaintiff's mother has Type 1
       diabetes, and the symptoms and complications of this disease are becoming
       increasingly severe. These include retinopathy, through which she has lost
       approximately 70% of her vision, life-threatening instances of ketoacidosis,
       which on one occasion led to a diabetic coma, sensorimotor neuropathy
       restricting the use of her right leg, focal neuropathy partially paralyzing the
       side of her face, symptoms of kidney failure, dangerously high cholesterol and
       blood pressure, and a stroke suffered within the past year. Plaintiff has been

unable to visit his mother since October 19, 1992, and in light of the 65% likelihood of fatality from heart problems and stroke (Attachment 5, Statistics from the American Diabetes Association), it is imperative that Plaintiff be able to visit his mother before the severity of her conditions progresses and permanently prevents him from doing so.

c)   Plaintiff's inability to obtain naturalized citizenship has prevented, and continues to prevent, Plaintiff from obtaining an upgrade of his wife's immigration petition (I-130), the processing of which could be accelerated upon Plaintiff becoming a United States citizen. This unreasonable delay in processing Plaintiff's Naturalization Application has caused him and his family undue hardship, both financially, in that his wife is unable to work without restriction, and emotionally, in that it prevents him and his wife from visiting their extended family.

d)   Plaintiff's inability to work without restriction prevents him, a highly qualified professional in the financial industry (Attachment 6, Plaintiff's resume), from seeking governmental employment as he desired to do in Fall, 2005.

e)   The unreasonable delay in processing Plaintiff's N-400 Application for Naturalization has led the Plaintiff to expend substantial time, effort, and money in pursuing the adjudication of his application. This loss of time and resources has been the result of Plaintiff's repeated inquiries to the United States Citizenship and Immigration Services and the Federal Bureau of Investigation, contacting his local Member of Congress, Sue Myrick, and

hiring an immigration attorney, Ms. Cynthia Aziz, to assist him for the fee of $1190. (Attachment 7, copy of Receipt of payment to Aziz Law Firm)

PRAYER FOR RELIEF

WHEREFORE, in view of the arguments and authority referenced herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that the Court, after due consideration, enter an order:

a)  requiring Defendants to properly complete adjudication of Plaintiff's N-400 Application for Naturalization;

b)  setting a date by which Defendants will be required to complete adjudication of Plaintiff's N-400 Application for Naturalization;

c)  granting such other relief at law and in equity as justice may require.

I certify under penalty of perjury that the foregoing is true and correct. Respectfully executed on December 17, 2007:

Plaintiff: Murad Abdel Jabber Fakhouri
A# 073-723-547
N-400 Application # SSC*000935530
7027 Folger Drive
Charlotte, NC 28270
(704) 342-9645

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

MURAD ABDEL JABBER FAKHOURI (Plaintiff proceeding pro se)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____88888_____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

pro se

## DEFENDANTS

MICHAEL CHERTOFF, at al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____11001_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ○ A. *Antitrust*

- ☐ 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ● C. *Administrative Agency Review*

- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)*     OR     ○ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>**\*(If pro se, select this deck)\*** | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>**\*(If pro se, select this deck)\*** | ☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 USC §§ 1331 & 1361, 5 USC § 701 et. seq., & 28 USC § 2201 et seq. Unreasonable delay in processing & refusal to adjudicate N-400 application.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 0.00 | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☐  NO ☒ |

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

1. Because of the December 2002-January 2003 resubmission of 2.7 million name check requests from the predecessor agency to USCIS, NNCP records are no longer available for checks conducted and completed prior to December 2002.

2. The expedite column contains those name checks that are entered as manual requests automatically receiving priority. It does not reflect expedite requests for name checks already progressing through the Name Check Program (NCP) system, which does not capture those statistics. Thus, the total number of expedites processed for USCIS during a given year actually exceeds the figures listed on this chart. To prevent expedite requests from unduly increasing the time all name checks remain pending, the FBI currently limits USCIS, as it does with most customers, to 100 expedites per week.

3. "INSN" represents naturalization-related name check requests. "INSR" represents adjustment of status-related name checks.

Attachment 1, page 1

**Talking Points for**
_____ **Committee**
**September 28, 2005**

**A. USCIS**
   USCIS submits its name check request by magnetic tape to the FBI.
   - Up to 10,000 names on a tape.
   - One-two days per week, averaging 5-7 tapes with each submission.

**B. UNI Batch Run**
   Names are batch-checked against the electronic FBI Universal Indices (UNI)
   - Contains approx 90.6 million records
   - Provides subject/case index. Includes, date or place of birth, race, sex, locality, SSN, address, or date of event.
   - Decision to index is discretionary made by investigative FBI Special Agent.
   - Searches **main file name or reference (cross reference).**
   - Searches with a multitude of combinations switching order of first, last, and middle names, as well as combinations, such as just the first and last, first and middle, and so on.
   - NCP also checks phonetically against UNI records and retrieves similar spellings -- many names have been transliterated from English.
   - If there is a match with a name = "Hit".   Name and Birthday Match = "Ident".

**C. No Record**
   Approximately 68% are electronically returned as "no-record" within 48 hours. "No Record" means that the FBI Central Records System contains no identifiable record relating to an individual.
   - Duplicate submissions (same names and date of birth submitted within the last 120 days) and errors are not checked and returned to USCIS.

**D. Manual Submissions**
   USCIS will submit requests via fax, and those are checked manually.
   - Submitted daily, averaging 150 per week.

**E. Manual Name Search**
   A secondary manual name search usually identifies an additional 22% as having "No-Record" for a 90% response rate within one month.

Attachment 1, page 2
**FBI0000698**





Attachment 2, page 1

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
901 N. STUART ST., SUITE  1300
ARLINGTON, VA  22203
SITTING AT ARLINGTON, VIRGINIA

FILE: A 73-723-547
IN THE MATTER OF:

FAKHOURI, MURAD ABDEL
RESPONDENT/APPLICANT

IN DEPORTATION PROCEEDINGS
PURSUANT TO 8 U.S.C.
1100 et. seq. (The Immigration
and Nationality Act)

MEMORANDUM OF DECISION AND ORDER

This memorandum is a summary of the oral decision rendered at
ARLINGTON, VIRGINIA.  If the decision is appealed,
the full text of the decision and order will be transcribed and
provided to the parties.

_____The Respondent was granted voluntary departure on or before
_____with an alternate order of deportation to
_____ or _____

_____The Respondent was ordered deported to _____
or _____

_____The Respondent was granted/denied Suspension of Deportation
under Section 244(a) of the Act.

_____The Applicant has been ordered excluded and deported.

_____The Applicant is admitted as a _____
nonimmigrant/immigrant.

_____The Applicant's request for leave to withdraw the application
for admission to the United States was granted/denied.

__X___The Respondent/Applicant was granted/denied Asylum/Withholding
deportation under Section 208(a)7243(h) of the Act.    granted 208
                                                        asylum only

_____The Respondent/Applicant was granted/denied adjustment of
status under Section 245 of the Act.

_____The Respondent/Applicant was granted/denied relief under
Section_____.

_____The Respondent/Applicant was granted a waiver under Section
_____of the Act and the proceedings were terminated.

_____The Respondent's adjustment of status was/was not rescinded
under Section 246 of the Act.

_____The proceedings were terminated.

__X___The Service/Respondent/Applicant has/have waived/reserved
appeal.  If appeal has  been reserved, appeal must be filed by

_____Other_____     none - final order.
_____

Date: 6 Jan 97          Paul A. Nejelski

Immigration Judge
PAUL A. NEJELSKI                        OS

Attachment 2, page 2

KYK



Home   Contact Us   Site Map   FAQ

Search                              
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

---

Print This Page          Back

# U.S. Citizenship and Immigration Services
## Atlanta GA Processing Dates
## Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I… know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Atlanta GA** Posted November 14, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|-----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 02, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 02, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | 3 Months |

Attachment 3, page 1 of 2

Print This Page | Back |

**12-05-2007 04:41 PM EST**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

Attachment 3, page 2 of 2




Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

## U.S. Citizenship and Immigration Services
## Chula Vista CA Processing Dates
## Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for <b>Chula Vista CA</b> Posted November 14, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 06, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 06, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | August 08, 2007 |

Attachment 4, page 1 of 2

Print This Page | Back |

**12-05-2007 04:42 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Attachment 4, page 2 of 2
12/5/2007

## American Diabetes Association.

### *Cure • Care • Commitment®*

Close Window

*To print this page, please select File at the top of this window and then choose Print.*

# Complications of Diabetes in the United States

Diabetes is associated with an increased risk for a number of serious, sometimes life-threatening complications and certain populations experience an even greater threat. Good diabetes management can help reduce your risk. However many people are not even aware that they have diabetes until they develop one of its complications.

**Heart disease and stroke**

- Heart disease and stroke account for about 65% of deaths in people with diabetes.

- Adults with diabetes have heart disease death rates about 2 to 4 times higher than adults without diabetes.

- The risk for stroke is 2 to 4 times higher and the risk of death from stroke is 2.8 times higher among people with diabetes.

In women with diabetes, deaths from heart disease have increased 23 percent over the past 30 years compared to a 27 percent decrease in women without diabetes. Deaths from heart disease in men with diabetes have decreased by only 13 percent compared to a 36 percent decrease in men without diabetes.

**High blood pressure**

- About 73% of adults with diabetes have blood pressure greater than or equal to 130/80 millimeters of mercury (mm Hg) or use prescription medications for hypertension.

**Blindness**

- Diabetic retinopathy causes 12,000 to 24,000 new cases of blindness each year making diabetes the leading cause of new cases of blindness in adults 20-74 years of age.

- In people with type 1 diabetes, therapy that keeps blood glucose levels as close to normal as possible reduces damage to the eyes by 76% (New England Journal of Medicine, September 30, 1993). Experts believe that these results can also be applied to those with type 2 diabetes.

Mexican Americans are almost twice as likely and non-Hispanic blacks are almost 50% as likely to develop diabetic retinopathy as non-Hispanic whites.

**Kidney disease**

- Diabetes is the leading cause of kidney failure, accounting for 44% of new cases in 2002.

- In 2002, 44,400 people with diabetes began treatment for end-stage renal disease (ESRD).

- In 2002, a total of 153,730 people with ESRD due to diabetes were living on chronic dialysis or with a kidney transplant.

*Attachment 5, page 1 of 1*

# MURAD FAKHOURI

7027 Folger Drive • Charlotte, NC 28270
Fakhouri03@yahoo.com • (704) 342-9645

Decisive professional with over 7 years of progressive experience in diverse roles within the financial industry. Highly motivated with a proven ability to generate results. MBA from a Top-20 program. Known as a continuous learner. Risk taker with commitment to excellence.   Successfully manage multiple concurrent projects. Superior dedication to adapt quickly to any new professional challenges.

- Negotiations & Compromising
- Statistical Forecasting Models
- Financial Risk Management
- Quantitative Analysis
- Profitability Measurements

- Strategic Management
- Operations Management
- Relationship Management
- Accounting Management
- Marketing & Pricing

- Mergers & Acquisitions
- Leadership & Communication
- Foreign Exchange
- Option & Derivative Pricing
- Bonds & Equity Markets

## PROFESSIONAL EXPERIENCE

**BANK of AMERICA** – Charlotte, NC                                                                Aug 2006 – Present
The largest commercial bank in the United States measured in deposits, and the third-largest company in the world by the 2006 "Forbes Global 2000". On 17 July 2006, Bank of America reported second quarter 2006 net income of $5.48 billion, surpassing that of Citigroup for the first time.   Headquarters in Charlotte, N.C.

**Sr. Financial Analyst – CRE Finance -  HE Portfolio Purchasing**
Assist the HE Portfolio Purchasing Group in purchasing Portfolios from different vendors across the country.   Developed financial and forecasting models to better anticipate projections and growth related to different events.   Communicate recent developments, hedging, and pricing strategies to Senior Management.

- ➢ Within one year received four Bank of America Excellence Higher Standard Awards.
- ➢ Created the following models:
  - o Modified the Financial Bidding Model; which facilitated bidding and pricing based on market trends and risk behavior of each pool.
  - o Designed Financial Forecasting Model to evaluate future performance of portfolios and breakeven analysis.
  - o Monitoring Model; to easily assess progress and behavior, to communicate to senior managers.
- ➢ In preparation for each bid; responsible for communicating key statistics, financial forecast, different pricing alternatives, and an appropriate bidding price to senior managers when opportune.
- ➢ Continuously research and analyze companies, Mortgage Service Industry, and Financial Sector.
- ➢  Successfully exceeded 2006 portfolio purchasing goal of $1.5B; ended the year at $2.19B of acquired portfolios.

*...continued...*

Attachment 6 page 1 of 3

## MURAD FAKHOURI • Page 2

- ➢ Contributed by increasing total portfolios purchased upon hire. Prior, total team purchase included four portfolios equating to $442MM for the year. Furthered team's portfolio purchase success with the addition of purchasing 62 new portfolios, totaling $5.1B.
- ➢ Contributed to closing three months forward pool contracts, totaling $180MM.
- ➢ Year to date purchased $3B in total pools; Full year NII in dollars is expected to surpass $100MM with an ROE of 30.65% and an ROA of 0.95%
- ➢ Member of the Home Equity Interest Pricing Committee for organic growth. Meet weekly to discuss Cost of Funds, Economic Momentum, Competitive Advantage, Marketing, and Customers' behavior.
- ➢ Strong knowledge of Risk Management and constantly communicate with the risk team about recent events, pools and developments.

**WACHOVIA BANK** – Charlotte, NC                                                                    2000- Aug 2006
Fourth-largest bank holding company in the United States based on assets. Third-largest U.S. full-service brokerage firm based on broker client assets. Headquarters in Charlotte, N.C., with over $521 Billion in Assets.

**Finance Consultant,** *Assistant Vice President* **– Corporate Finance** (Aug 2005- Aug 2006)
Employed within the Profitability Measurement and Design Group, to develop internal performance measurements. Transfer Interest Rate Risk from the business units to achieve a stable margin over the life of the instrument for the purpose of organizational profitability reporting. Provide a predictable spread to the business units and encourage proper transfer pricing behavior.

- ➢ Manage monthly production processing of select instrument extracts from data extract load and correction processing through the full P&L calculations including funds transfer pricing, capital attribution, cost, and economic profit methodologies.
- ➢ Reviews key validations, monthly changes or enhancements, assists in issue resolution, and enhancement implementation.

**Strategic Modeling Consultant – General Bank** (2002-Aug 2005)
Conduct quantitative analyses of short- and long-term historical data. Develop financial models and simulated forecasts to support decision making, budgeting and cash flow management. Evaluate pending merger/consolidation activities and planned business changes. Participate in software conversions. Facilitate meetings to gather data from various operational areas. Present to senior managers with recommended solutions and alternatives.

- ➢ Conducted analysis that demonstrated a $1,050,000 in savings in a call center operations.
- ➢ Identified a $650,000 saving opportunity through analysis of phone routing, subsequently adapted by management.
- ➢ Presented to management alternative solutions that ultimately yield a 17% operating costs of resource planning.
- ➢ Compared alternative call center staffing models that led to establishment of new call center in Salem, Oregon.
- ➢ Contributed to analysis of Wachovia Bank's merger with First Union, Prudential Financial and currently South Trust.

Attachment 6, page 2 of 3

> ➤ Recognized with numerous awards for service excellence, relationship building, accuracy and productivity; engaged in community outreach through volunteer work in Habitat for Humanity, Relay for Life and United Way.

**Foreign Exchange Associate – Capital Markets** (2000-2002)

Provided analytical support to traders and marketers in approaching corporate clients and international banks. Engaged in relationship building by gathering customer requirements and building portfolio. Prepared wiring instructions for settlement. Assisted customers with technical issues and processed trades executed via OnlineFX.

> ➤ Selected to participate in OPICS system conversion project for FX, providing feedback and assistance in process improvements, and system analysis.
> ➤ Evaluated profit and loss statements and portfolio balances.

**SUBWAY RESTAURANT** – Asheville, NC                                          1993-1999
**Management and Sales**

Oversaw numerous customer service and financial management functions for network of 18 stores. Scheduled employees based on projected sales and workflow. Conducted staff performance evaluations. Tracked incoming inventory. Alerted staff to changes in specifications and procedures. Presented P&L to upper management.

> ➤ Consistently exceeded company sales objectives by ensuring the delivery of exemplary customer service to foster return and referral business.

---

## EDUCATIONAL BACKGROUND

**Master of Business Administration; Finance concentration** (2003)
Indiana University, Kelley School of Business – Bloomington, IN
**Bachelor of Science in Business Administration – Marketing Degree** (1999)
University of North Carolina – Asheville, NC. *Dean's List*

---

## OTHER

Chartered Financial Analyst CFA Level 1 Candidate • Consulting Skills for Improved Business Performance • Worked in upscale restaurants for several of years • Software Skills in Access, BRIO, Murex, Mainframe, and OPICS • Bilingual in English and Arabic • Attended many Investment Seminars • Member in Charlotte Investment Club • Presentation training • Soccer Coach • Project Management Training

Attachment 6, page 3 of 3

RECEIPT

DATE 6/06/07

No. 609137

RECEIVED FROM Murad Fakhouri

$1190

One thousand one hundred ninety & zero/hundred DOLLARS

○ FOR RENT
⊙ FOR New Matter

ACCOUNT 1190
PAYMENT 1190
BAL. DUE

○ CASH
○ CHECK
○ MONEY ORDER

FROM _____

BY _____

AZIZ LAW FIRM .
1804 EAST BOULEVARD
CHARLOTTE, NC 28203
(704) 347-1808

adams 2701

Attachment 7, page 1 of 1



## THE UNITED STATES OF AMERICA

| Receipt with Exception | NOTICE DATE<br>November 22, 2005 |
|---|---|
| CASE TYPE<br>N400     Application For Naturalization | INS A#<br>A 073 723 547 |

| APPLICATION NUMBER<br>SSC*000935530 | RECEIVED DATE<br>November 14, 2005 | PRIORITY DATE<br>November 14, 2005 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

MURAD ABDEL JABBER FAKHOURI
# F
415 W 8
CHARLOTTE NC  28202

PAYMENT INFORMATION:

Single Application Fee:        $400.00
Total Amount Received:        $400.00
Total Balance Due:              $0.00

ılıllıılıılılıılıllıılılıl

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:              May 04, 1975
Address Where You Live:   415 W 8 # F
                          CHARLOTTE NC 28202

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within  730 days of this notice.

IMPORTANT NOTICE:            All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at**1-800-767-1833**.

If you have access to the Internet, you can also visit INS at**www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
P. O. BOX 851488
MESQUITE TX 78185-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

SSC$000902770



Form I-797C (Rev. 08/31/04) N