# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MURAD ABDEL JABBER FAKHOURI
7027 Folger Drive, Charlotte, NC 28270
(704) 342-9645

JAN 3 1 2008

Plaintiff

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.

CIVIL ACTION NO. **07-2257 Judge EGS**

MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security, U.S.
    Department of Homeland Security, 2100 2nd St SW, Washington, D.C. 20593;
EMILIO T. GONZALES, as Director of U.S. Citizenship and Immigration Services;
    20 Massachusetts Avenue, NW, Washington, D.C. 20529;
EVELYN UPCHURCH, as Director of the Texas Service Center of U.S. Citizenship &
    Immigration Services, USCIS TSC, 4141 St. Augustine Rd., Dallas, TX 75227;
ROBERT S. MUELLER, III, as Director of the Federal Bureau of Investigation,
    J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001.
                                    Defendants

## AFFIDAVIT OF SERVICE BY MAIL

I hereby certify under penalty of perjury, that I am the plaintiff proceeding pro se in the above-entitled case; that the defendants were served via certified mail based on the following schedule:

| Names of Persons Served: | Address: | Certified Mail Receipt Tracking #: | Date of Mailing | Date Delivered: |
|---|---|---|---|---|
| The U.S. Attorney General | 950 Pennsylvania Av, NW Washington, DC 20530 | 7007-2560-0001-3089-1779 | Dec 18 2007 | Dec 26, 2007 |
| Evelyn Upchurch | USCIS TSC, 4141 St. Augustine Rd., Dallas, TX 75227 | 7007-2560-0001-3089-1809 | Dec 18 2007 | Dec 26, 2007 |
| Robert S. Mueller, III | J. Edgar Hoover Building 935 Pennsylvania Ave, NW Washington, D.C. 20535-0001 | 7007-0220-0003-9661-6582 | Dec 18 2007 | Dec 24, 2007 |
| The U.S. Attorney for the District of Columbia | 501 Third St., NW Washington, D.C. 20001 | 7007-2560-0001-3089-1786 | Dec 18 2007 | Dec 26, 2007 |
| Michael Chertoff | U.S. Department of Homeland Security, 2100 2nd St, SW Washington, D.C. 20593; | 7007-0220-0003-9661-6629 | Dec 18 2007 | Jan 04, 2008 |
| Emilio T. Gonzales | 20 Massachusetts Avenue, NW, Washington, D.C. 20529 | 7007-2560-0001-3089-1793 | Dec 18 2007 | Dec 31, 2007 |

Subscribed and sworn before me; Date 01/28/08  Signature

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   JAN 1 4 2008   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OFFICIAL CAPACITY ONLY

1. Article Addressed to:

Michael Chertoff; Secretary
of SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY
U.S. Department of Homeland
Security
2100 2nd St SW
Washington, DC 20593

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Me
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number
(Transfer from service label)   7007 0220 0003 9661 6629

Domestic Return Receipt   1025

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐

B. Received by (Printed Name)   DEC 26 2007   C. Date

D. Is delivery address different from item 1? ☐
If YES, enter delivery address below: ☐

1. Article Addressed to:

The U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number
(Transfer from service label)   7007 2560 0001 3089 1779

102595-02-M-1540

---

PS Form 3811, February 2004

Yale Number
... from service label)

11. February 2004

7007 2560 0001 3089 1793

Domestic Return Receipt

---

**SENDER: COMPL...**   **...ECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X

B. Received by (Printed Name)   DNS   C. Date of Pe...

D. Is delivery address different from item 1? ☐ Yes ☐
If YES, enter delivery address below: ☐ No ☐

1. Article Addressed to:

Emilio T. Gonzales
Director of Immigration
Services
20 Massachusetts Ave., NW
Washington, DC 20529

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   USINS   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 26 REC'D

1. Article Addressed to:

Evelyn Upchurch
Director of Texas Service Center
of USIS
USCIS TSC
4141 St. Augustine Rd.
Dallas, TX 75227

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7007 2560 0001 3089 1809

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

*UNITED STATES POSTAL SERVICE®*

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2560 0001 3089 1793
Detailed Results:

- **Delivered, December 26, 2007, 12:55 pm, WASHINGTON, DC 20529**
- Notice Left, December 26, 2007, 11:18 am, WASHINGTON, DC 20529
- Notice Left, December 24, 2007, 7:23 am, WASHINGTON, DC 20529
- Arrival at Unit, December 24, 2007, 5:24 am, WASHINGTON, DC 20022

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES
POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2560 0001 3089 1809
Detailed Results:

- **Delivered, December 26, 2007, 11:42 am, DALLAS, TX 75227**
- **Notice Left, December 24, 2007, 11:39 am, DALLAS, TX 75227**
- **Notice Left, December 22, 2007, 11:55 am, DALLAS, TX 75227**

< Back          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.          Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



UNITED STATES
POSTAL SERVICE®

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2560 0001 3089 1779
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- Notice Left, December 24, 2007, 7:21 am, WASHINGTON, DC 20530
- Arrival at Unit, December 24, 2007, 1:24 am, WASHINGTON, DC 20022

( < **Back** )          ( **Return to USPS.com Home** > )

**Track & Confirm**

Enter Label/Receipt Number.

_____

( **Go** > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( **Go** > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.          No FEAR Act EEO Data    FOIA



UNITED STATES
POSTAL SERVICE®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0003 9661 6629
Detailed Results:

• **Delivered, December 26, 2007, 7:49 am, WASHINGTON, DC 20528**
• Notice Left, December 24, 2007, 7:23 am, WASHINGTON, DC 20528
• Arrival at Unit, December 24, 2007, 5:16 am, WASHINGTON, DC 20022

< Back        Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.        Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



# UNITED STATES
## POSTAL SERVICE ®

Date: 01/29/2008

Dear Postal Customer:

The following is in response to your 01/29/2008 request for delivery information on your Certified item number 7007 0220 0003 9661 6582. The delivery record shows that this item was delivered on 12/24/2007 at 4:46 am in WASHINGTON, DC 20535 to M TAYLOR. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7007 0220 0003 9661 6582**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 200 | **City:** | **State:** |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

**Firm Book ID:** 5103 0SGU A010 3087 4743

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/24/2007 04:46 | WASHINGTON, DC 20535 | 030SGU9881 |
| | Firm Name: FBI 20535 PU | | |
| | Recipient: 'M TAYLOR' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 12/24/2007 04:44 | WASHINGTON, DC 20535 | 030SGSE657 |
| NOTICE LEFT | 12/24/2007 04:37 | WASHINGTON, DC 20535 | 030SGSE440 |
| ARRIVAL AT UNIT | 12/24/2007 03:42 | WASHINGTON, DC 20022 | 030SGUA010 |

**Enter Request Type and Item Number:**

**Quick Search** ⦿     **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0003 9661 6582
Detailed Results:

- **Delivered, December 24, 2007, 4:46 am, WASHINGTON, DC 20535**
- Notice Left, December 24, 2007, 4:44 am, WASHINGTON, DC 20535
- Notice Left, December 24, 2007, 4:37 am, WASHINGTON, DC 20535
- Arrival at Unit, December 24, 2007, 3:42 am, WASHINGTON, DC 20022

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**UNITED STATES**
**POSTAL SERVICE** ®

Date: 01/29/2008

Dear Postal Customer:

The following is in response to your 01/29/2008 request for delivery information on your Certified item number 7007 2560 0001 3089 1786. The delivery record shows that this item was delivered on 12/26/2007 at 4:56 am in WASHINGTON, DC 20530 to A JENNINGS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7007 2560 0001 3089 1786**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20001 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

**Firm Book ID:** 5103 0SGU A010 3104 0260

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/26/2007 04:56 | WASHINGTON, DC 20530 | 030SGSE65/ |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'A JENNINGS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 12/26/2007 04:06 | WASHINGTON, DC 20530 | 030SGUA701 |
| ARRIVAL AT UNIT | 12/26/2007 01:49 | WASHINGTON, DC 20022 | 030SGUA010 |
| FORWARDED | 12/21/2007 11:32 | WASHINGTON, DC 20001 | 030SGSD439 |
| ARRIVAL AT UNIT | 12/21/2007 11:29 | WASHINGTON, DC 20001 | 030SGSD439 |

**Enter Request Type and Item Number:**

**Quick Search** ◉    **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

USPS - Track & Confirm

1/7/2008

**UNITED STATES**
**POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm

FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2560 0001 3089 1786
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530
- Forwarded, December 21, 2007, 11:32 am, WASHINGTON, DC
- Arrival at Unit, December 21, 2007, 11:29 am, WASHINGTON, DC 20001

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Govt Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA