UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JAN 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MURAD ABDEL JABBER FAKHOURI
7027 Folger Drive, Charlotte, NC 28270
(704) 342-9645

Plaintiff

VS.

CIVIL ACTION NO. **07-2257** Judge EGS

MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security, U.S.
    Department of Homeland Security, 2100 2nd St SW, Washington, D.C. 20593;
EMILIO T. GONZALES, as Director of U.S. Citizenship and Immigration Services;
    20 Massachusetts Avenue, NW, Washington, D.C. 20529;
EVELYN UPCHURCH, as Director of the Texas Service Center of U.S. Citizenship &
    Immigration Services, USCIS TSC, 4141 St. Augustine Rd., Dallas, TX 75227;
ROBERT S. MUELLER, III, as Director of the Federal Bureau of Investigation,
    J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001.

Defendants

## AFFIDAVIT OF SERVICE BY MAIL

I hereby certify under penalty of perjury, that I am the plaintiff proceeding pro se in the above-entitled case; that the defendants were served via certified mail based on the following schedule:

| Names of Persons Served: | Address: | Certified Mail Receipt Tracking #: | Date of Mailing | Date Delivered: |
|---|---|---|---|---|
| The U.S. Attorney General | 950 Pennsylvania Av, NW Washington, DC 20530 | 7007-2560-0001-3089-1779 | Dec 18 2007 | Dec 26, 2007 |
| Evelyn Upchurch | USCIS TSC, 4141 St. Augustine Rd., Dallas, TX 75227 | 7007-2560-0001-3089-1809 | Dec 18 2007 | Dec 26, 2007 |
| Robert S. Mueller, III | J. Edgar Hoover Building 935 Pennsylvania Ave, NW Washington, D.C. 20535-0001 | 7007-0220-0003-9661-6582 | Dec 18 2007 | Dec 24, 2007 |
| The U.S. Attorney for the District of Columbia | 501 Third St., NW Washington, D.C. 20001 | 7007-2560-0001-3089-1786 | Dec 18 2007 | Dec 26, 2007 |
| Michael Chertoff | U.S. Department of Homeland Security, 2100 2nd St, SW Washington, D.C. 20593; | 7007-0220-0003-9661-6629 | Dec 18 2007 | Jan 04, 2008 |
| Emilio T. Gonzales | 20 Massachusetts Avenue, NW, Washington, D.C. 20529 | 7007-2560-0001-3089-1793 | Dec 18 2007 | Dec 31, 2007 |

Subscribed and sworn before me; Date 01/28/08   Signature [signature]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Myriam Dismunde_ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery: JAN - 4 2008
D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

1. Article Addressed to:

Michael Chertoff, Secretary of
U.S. Department of Homeland Security
2100 2nd St SW
Washington, DC 20593

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7007 0220 0003 9661 6629

---

1. Article Addressed to:

Emilio T. Gonzales
Director of Immigration Services
20 Massachusetts Ave., NW
Washington, DC 20529

B. Received by (Printed Name): DWS
C. Date of Delivery: 12-31-0?

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

Article Number: 7007 2560 0001 3089 1793

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X _____
B. Received by (Printed Name)   C. Date: DEC 2 6 2007
D. Is delivery address different from item 1?
  If YES, enter delivery address below:

1. Article Addressed to:

The U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7007 2560 0001 3089 1779

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

USINS TSC
DEC 2 6 REC'D

1. Article Addressed to:

Evelyn Upchurch
Director of Texas Service Center of USCIS
USCIS TSC
4141 St. Augustine Rd.
Dallas, TX 75227

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0001 3089 1809

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

# Track & Confirm

FAQs

## Search Results

Label/Receipt Number: 7007 2560 0001 3089 1793
Detailed Results:

- Delivered, December 26, 2007, 12:55 pm, WASHINGTON, DC 20529
- Notice Left, December 26, 2007, 11:18 am, WASHINGTON, DC 20529
- Notice Left, December 24, 2007, 7:23 am, WASHINGTON, DC 20529
- Arrival at Unit, December 24, 2007, 5:24 am, WASHINGTON, DC 20022

**Track & Confirm**

Enter Label/Receipt Number.

Go >

< Back    Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >



Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 2560 0001 3089 1809
Detailed Results:

- Delivered, December 26, 2007, 11:42 am, DALLAS, TX 75227
- Notice Left, December 24, 2007, 11:39 am, DALLAS, TX 75227
- Notice Left, December 22, 2007, 11:55 am, DALLAS, TX 75227

< Back    Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

## Track & Confirm

Enter Label/Receipt Number.

Go >

---

Site Map  Contact Us  Forms  Gov't Services  Jobs  Privacy Policy  Terms of Use  National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

# Track & Confirm

FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7007 2560 0001 3089 1779
Detailed Results:

- Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530
- Notice Left, December 24, 2007, 7:21 am, WASHINGTON, DC 20530
- Arrival at Unit, December 24, 2007, 1:24 am, WASHINGTON, DC 20022

**Track & Confirm**

Enter Label/Receipt Number.

[ Go > ]

( < Back )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0003 9661 6629
Detailed Results:

- Delivered, December 26, 2007, 7:49 am, WASHINGTON, DC 20528
- Notice Left, December 24, 2007, 7:23 am, WASHINGTON, DC 20528
- Arrival at Unit, December 24, 2007, 5:16 am, WASHINGTON, DC 20022

< Back          Return to USPS.com Home >

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Track & Confirm
Enter Label/Receipt Number.
Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





Date: 01/29/2008

Dear Postal Customer:

The following is in response to your 01/29/2008 request for delivery information on your Certified item number 7007 0220 0003 9661 6582. The delivery record shows that this item was delivered on 12/24/2007 at 4:46 am in WASHINGTON, DC 20535 to M TAYLOR. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7007 0220 0003 9661 6582**

| | | | |
|---|---|---|---|
| **Destination** | ZIP Code: 200 | City: | State: |
| **Origin** | ZIP Code: | City: | State: |

**Firm Book ID:** 5103 0SGU A010 308Z 4743

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/24/2007 04:46 | WASHINGTON, DC 20535 | 030SGU9881 |
| | Firm Name: FBI 20535 PU | | |
| | Recipient: 'M TAYLOR' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 12/24/2007 04:44 | WASHINGTON, DC 20535 | 030SGSE657 |
| NOTICE LEFT | 12/24/2007 04:37 | WASHINGTON, DC 20535 | 030SGSE440 |
| ARRIVAL AT UNIT | 12/24/2007 03:42 | WASHINGTON, DC 20022 | 030SGUA010 |

**Enter Request Type and Item Number:**

Quick Search ●    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do

1/29/2008

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0003 9661 6582
Detailed Results:

- **Delivered, December 24, 2007, 4:46 am, WASHINGTON, DC 20535**
- **Notice Left, December 24, 2007, 4:44 am, WASHINGTON, DC 20535**
- **Notice Left, December 24, 2007, 4:37 am, WASHINGTON, DC 20535**
- **Arrival at Unit, December 24, 2007, 3:42 am, WASHINGTON, DC 20022**

( < Back )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

Delivery Record:



Date: 01/29/2008

Dear Postal Customer:

The following is in response to your 01/29/2008 request for delivery information on your Certified item number 7007 2560 0001 3089 1786. The delivery record shows that this item was delivered on 12/26/2007 at 4:56 am in WASHINGTON, DC 20530 to A JENNINGS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

http://pts.usps.gov/pts/requestDelivery.do?eventLocation=WASHINGTON%2C+DC+20530&trackBarco... 1/29/2008

01/29/2008 11:34    7043348938    DOWNTOWN STATION    PAGE 03

# Track/Confirm - Intranet Item Inquiry - Domestic

**UNITED STATES POSTAL SERVICE**

**Item:** 7007 2560 0001 3089 1786

| | | | | |
|---|---|---|---|---|
| **Destination** | ZIP Code: 20001 | City: WASHINGTON | State: DC |
| **Origin** | ZIP Code: | City: | State: |

**Firm Book ID:** 5103 0SGU A010 3104 0260

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/26/2007 04:56 | WASHINGTON, DC 20530 | 030SGSE65/ |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'A JENNINGS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 12/26/2007 04:06 | WASHINGTON, DC 20530 | 030SGUA701 |
| ARRIVAL AT UNIT | 12/26/2007 01:49 | WASHINGTON, DC 20022 | 030SGUA010 |
| FORWARDED | 12/21/2007 11:32 | WASHINGTON, DC 20001 | 030SGSD439 |
| ARRIVAL AT UNIT | 12/21/2007 11:29 | WASHINGTON, DC 20001 | 030SGSD439 |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do

1/29/2008

Page 1 of 1

1/7/2008

USPS - Track & Confirm

# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7007 2560 0001 3089 1786
Detailed Results:
- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530**
- **Forwarded, December 21, 2007, 11:32 am, WASHINGTON, DC**
- **Arrival at Unit, December 21, 2007, 11:29 am, WASHINGTON, DC 20001**

< Back    Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



.../PTSInternetWeb/InterLabelDetail.do