## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURAD ABDEL JABBER FAKHOURI,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV2257 (EGS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated February 25, 2008                 Respectfully submitted,

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be filed via the Court's ECF system, and to be served upon Plaintiff via first class mail, postage prepaid, addressed to:

Murad Abdel Jabber Fakhouri
7027 Folger Drive
Charlotte, NC 28270

                                                /s/ Robin M. Meriweather
                                    ROBIN M. MERIWEATHER