**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MURAD ABDEL JABBER FAKHOURI,  )<br>)<br>　　　　　　Plaintiff,　　　)<br>)<br>　　v.　　　　　　　　　　　) Civil Action No. 07-2257 (EGS)<br>)<br>MICHAEL CHERTOFF, Secretary　)<br>U.S. Department of Homeland　)<br>Security, et al.　　　　　　)<br>)<br>　　　　　　Defendants.　　)<br>_____) | |

**ORDER**

This matter is before the Court on [Docket Entry #5] defendants' Motion to Transfer and for Enlargement of Time to File Answer. Plaintiff is proceeding *pro se*.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's motion to transfer this case to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a) by no later than **March 10, 2008**. If plaintiff

does not respond within the time provided, the Court will treat the motion as conceded and transfer the case; and it is

**FURTHER ORDERED** that in the event that this case is not transferred to the Easter District of North Carolina, defendants' answer to the complaint is due by no later than **March 25, 2008.**


**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            February 26, 2008**


Notice to:

MURAD FAKHOURI
7027 Folger Drive
Charlotte, NC 28270